UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| STEPHEN PRESSWOOD, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO.  4:16-cv-958 |
| | § | |
| ALLSTATE VEHICLE AND PROPERTY | § | **(JURY)** |
| INSURANCE COMPANY | § | |
| | § | |
| Defendant | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration the Joint Stipulation of Dismissal With Prejudice of Plaintiff, Stephen Presswood and Defendant Allstate Vehicle and Property Insurance Company, requesting a dismissal of the Plaintiff's claims with prejudice against Defendant.  The Court, after having considered the Joint Stipulation of Dismissal With Prejudice, and the pleadings on file herein, is of the opinion that same should be grated.

IT IS THEREFORE ORDERED that all of Plaintiff's claims against Defendant are hereby dismissed with prejudice, with all costs adjudged against the party incurring same.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.